# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# COLUMBUS DIVISION

| | |
|---|---|
| P.D.G.G., | : |
| | : |
| Petitioner, | : |
| | : |
| v. | : Case No. 4:25-cv-305-CDL-AGH |
| | : 28 U.S.C. § 2241 |
| GEORGE STERLING, | : |
| *et al.*, | : |
| | : |
| Respondents. | : |

## ORDER

The Court received Petitioner's application for habeas corpus relief under 28 U.S.C. § 2241 on September 26, 2025 (ECF No. 1). Having initially reviewed Petitioner's application, the Court finds good cause to extend the time for a response. 28 U.S.C. § 2243. Accordingly, Respondents shall have twenty-one (21) days to file a comprehensive response to said application. Within fourteen (14) days thereafter, Petitioner should file any desired reply. The Court will consider whether to hold an evidentiary hearing once briefing is complete.

**SO ORDERED**, this 1st day of October, 2025.

 s/ *Amelia G. Helmick*
UNITED STATES MAGISTRATE JUDGE